JULIUS J. FRANK, Respondent, *v.* EDWARD A. DAVIS, Appellant.

(Argued April 30, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the February term, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Albert Cardozo* for appellant.

*Julius J. Frank* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.